# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ADAM MORGAN                                                                                         PLAINTIFF

v.                                              3:05CV00176 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 21st day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE